IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00770-BNB

MICHAEL G. REDMAN,

    Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2009

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED April 30, 2009, at Denver, Colorado.

                          BY THE COURT:

                          s/ Boyd N. Boland
                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00770-BNB

Michael G. Redman
8941 Wolcott Lane
Westminster, CO 80031

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/30/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk