IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-770-AP**

**MICHAEL G. RODMAN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion for Leave to File Answer Out of Time (doc. #19), filed September 18, 2009, is **GRANTED**.  Defendant's Answer is accepted as timely filed.

---

Dated:  September 22, 2009